UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Keshawn Freeman
                              Plaintiff,

v.                                              Case No.: 1:17–cv–09126
                                                Honorable Gary Feinerman

Officer Tankson, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 19, 2018:

    MINUTE entry before the Honorable Gary Feinerman:The 2/23/2018 order [6] dismissed this case due to Plaintiffs failure to file a renewed in forma pauperis application or pay the filing fee by 2/13/2018, as directed by the 1/16/2018 order [5] On or about the same day the Court entered its dismissal order, Plaintiff filed a renewed in forma pauperis application [8]. That application [8] is denied because it does not include trust fund information for the full six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). This case remains closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.